# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** 3502 LENDING, LLC
**Case Number:** 2:09-bk-25499-GBN  **Chapter:** 11
**Date / Time / Room:** THURSDAY, JULY 15, 2010 01:30 PM   7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** JO-ANN STAWARSKI

## Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHASE HOME FINANCE.
   **R / M #:**  36 / 0

2) CONTINUED STATUS HEARING REPORT OF INVOLUNTARY CASE. (FR. 02-09, 03-15, 04-20, 24 & 06-24)
   **R / M #:**   1 / 0

## Appearances:

MATT BRANDON COLLINS, ATTORNEY FOR DEBTOR IN COURT OF APPEALS
LEONARD J. MCDONALD, ATTORNEY FOR CHASE HOME FINANCE
PAUL SALA, ATTORNEY FOR PETITIONING CREDITORS

## Proceedings:

ITEM #2
MR. SALA REPORTS THAT THERE ARE NINE CREDITOR CLAIMS AND THAT ALL CREDITOR CLAIMS ARE UNSECURED AT THIS POINT.  IT IS STATED THAT THEY CAN PROCEED BY AFFIDAVIT.

MR. COLLINS RESPONDS THAT THEY BELIEVE THESE ARE NOT VALID.

THE COURT:  A CONTINUED STATUS HEARING WILL BE HELD ON AUGUST 31, 2010 AT 10:15 A.M.  THE PARTIES CAN STIPULATE TO A DISPOSITIVE HEARING NEEDED.

ITEM #1
MR. MCDONALD REVIEWS THE MOTION, RELATING THAT MR. COLLINS BELIEVES THAT THE SALE WAS COMMENCED WHILE THE BANKRUPTCY WAS PENDING.

MR. COLLINS CONFIRMS.

THE COURT:  THE AGREEMENT IN OPEN COURT IS APPROVED.